AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

RECEIVED

2021 AUG 31 P 4: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America )
v. )
) Case No. 2:21MJ117-KFP
Clayton Eugene Powell )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 30, 2021__ in the county of __Montgomery__ in the __Middle__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 751a | Escaped Federal Prisoner |

This criminal complaint is based on these facts:

Please see attached Affidavit

☒ Continued on the attached sheet.

_Denzel_ (signature)
*Complainant's signature*

Denzel Dixon, USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/31/2021__

/s/ Kelly Fitzgerald Pate
*Judge's signature*

City and state: __Montgomery, Alabama__

Kelly F. Pate, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Denzel Dixon, Deputy United States Marshal, hereby deposes and says: I am a Deputy United States Marshal assigned to the Middle District of Alabama. I have been with the United States Marshals office for 3 years. I am currently assigned as a criminal investigator responsible for investigating crimes involving individuals that escape from custody of institutions in violation of Title 18, United States Code, Section 751(a).

This affidavit is made in support of a criminal complaint charging Clayton Eugene POWELL with escape from the United States Bureau of Prisons in violation of 18 U.S.C. § 751(a). The information set forth below has come from either personal investigation or has been related to me personally by other law enforcement officers associated with this investigation.

On August 2, 2017, Clayton Eugene POWELL pled guilty in the Middle District of Alabama to being a convicted felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). On February 22, 2018, POWELL was sentenced to 82 months in the custody of the Federal Bureau of Prisons, followed by three years of supervised release. POWELL began his sentence on April 17, 2018. After beginning his federal sentence, POWELL, while still being in the custody of the Federal Bureau of Prisons, was placed at the Dismas House Charities located at 125 E. Fleming Road, Montgomery, Alabama, under the supervision of Lakesia Clemmons.

On August 30, 2021, at approximately 10:51 AM, Clemmons contacted the United States Marshals Service to inform them that Clayton Eugene POWELL (BOP#: 17114-002) had not reported back from medical furlough. According to Clemmons, Powell had been furloughed after being diagnosed with COVID-19. He was ordered to return to Dismas House from furlough on August 30, 2021, by 08:00 AM. The BOP tried to contact his listed emergency

contact and also requested a welfare check on his listed residence. Local police officers conducted the welfare check and failed to make contact with POWELL or anyone else at the residence

Your affiant submits that probable cause exists to charge Clayton Eugene POWELL with a violation of Title 18, United States Code, Section 751(a), escape from a federal institution, after he left the custody of the Federal Bureau of Prisons on August 30, 2021.

*[signature]*
Denzel Dixon
United States Marshal Service

SUBSCRIBED AND SWORN TO BEFORE ME THIS 31st DAY OF AUGUST, 2021.

/s/ Kelly Fitzgerald Pate
Kelly Fitzgerald Pate
United States Magistrate Judge